# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6568 | **DATE** | 8/5/2009 |
| **CASE TITLE** | Vincent Brizgys vs. Superior Asset Management, Inc. | | |

**DOCKET ENTRY TEXT**

On 5/26/2009, the court dismissed this action without prejudice, allowing Plaintiff 30 days to reinstate. No motion for reinstatement having been filed within the time set by the court's order, the dismissal is with prejudice.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|